# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO.** |
| v. : | |
| : | **16-381-1** |
| **GARNET SMALL** : | |

## ORDER

**AND NOW**, this 4th day of September, 2024, upon consideration of Defendant's *pro se* Motion to Vacate/Set Aside/Correct Sentence under 28 U.S.C. § 2255 (Doc. No. 100), the Government's Response (Doc. No. 104), the Government's Supplemental Response (Doc. No. 105), and Defendant's *pro se* Supplemental Response (Doc. No. 106), it is hereby **ORDERED** that:

1. Defendant's Motion to Vacate, Set Aside, or Correct Sentence is **DENIED**;

2. There is no basis for the issuance of certificate of appealability because reasonable jurists would not debate the conclusions reached in the accompanying Memorandum Opinion;

3. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG,            J.**